# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CLEO FIDDEMON,** : | |
|    **Plaintiff** : | CIVIL ACTION NO. 3:21-144 |
|    v. : | (JUDGE MANNION) |
| **PATROLMAN ROBERT MAHOLIK,** : **PATROLMAN JOSEPH WOZNIAK,** **and WILKES-BARRE TOWNSHIP,** : | |
|    **Defendants** : | |

## ORDER

In accordance with the court's Memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Defendants' motion for summary judgment, **(Doc. 23)**, is **GRANTED in part** and **DENIED in part**.

**(2)** Defendants' motion for summary judgment is **DENIED** with respect to Plaintiff's excessive force and punitive damages claims against Officer Maholik and Officer Wozniak; these claims will **PROCEED**.

**(3)** Defendants' motion for summary judgment is **GRANTED** and **JUDGMENT** is entered in favor of Defendants on Plaintiff's remaining claims.

**(4)**   By separate Order, the court will schedule trial and a final pre-trial conference in this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: March 31, 2023**
21-144-02-ORDER